IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                Chapter 13

Robert Washington                                         No.   08-27802

              Debtor                                   Hon.  Pamela S. Hollis

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 28, 2011, I filed the attached Response to Notice of Final Cure - Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

                                            /s/ Susan J. Notarius

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure - Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J Semrad & Associates and Marilyn O Marshall on April 28, 2011.

                                            /s/ Susan J. Notarius

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Robert Washington
6603 S. Sangamon, 2nd Floor
Chicago, IL 60621

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Robert J Semrad & Associates
20 S Clark
28th Floor
Chicago, IL 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                           Chapter 13

Robert Washington                      No. 08-27802

Debtor                                     Hon. Pamela S. Hollis

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

Select Portfolio Servicing, Inc., Servicing agent for, PNC Bank, National Association (successor to National City Bank), files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

March – April 2011 Mortgage payments in the amount of $1,247.58 plus $75.00 in attorney fees.

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

                                                       Submitted by:

                                                       /s/ Susan J. Notarius
                                       Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679